THE UNITED STATES ASPHALT REFINING COMPANY, Appellant, *v.* COMPTOIR NATIONAL D'ESCOMPTE DE PARIS, Respondent.

*U. S. Asphalt R. Co.* v. *Comptoir Nat. D'Escompte De Paris,* 166 App. Div. 64, affirmed.

(Argued May 11, 1917; decided May 25, 1917.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 17, 1915, affirming a judgment in favor of defendant entered upon an order of Special Term granting defendant's motion for judgment in its favor upon the pleadings. The action was begun on June 30, 1914, by the granting of a warrant of attachment of funds of defendant on deposit in the city of New York, based upon a complaint and affidavit. The complaint

alleged that the plaintiff is a South Dakota corporation doing business in New York; that the defendant is a French corporation having its principal office in Paris, France, and a branch banking office in London, England, and that on or prior to December 13, 1913, the defendant collected on six certain drafts drawn by plaintiff against A. Grimwood & Co., Ltd., of London, England, the sum of £610/10s., from which it deducted commissions of 8s. 6d., leaving a balance in its hands of £600/17s. 6d. "belonging to plaintiff," and then and there wrongfully converted said sum to its own use. Defendant demurred upon the grounds of lack of jurisdiction of the subject of the action and failure to state facts sufficient to constitute a cause of action.

*William H. Blymyer* for appellant.

*Howard Thayer Kingsbury* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN and CARDOZO, JJ. Not sitting: McLAUGHLIN, J.